**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Rafael VALDIVIA–VALDEZ, a/k/a Rafael Valdivia, Defendant— Appellant.**

No. 04–10075.

United States Court of Appeals, Ninth Circuit.

Submitted Oct. 11, 2005.\*

Decided Oct. 18, 2005.

U.S. Attorney, Office of the U.S. Attorney Evo A. Deconcini, Tucson, AZ, for Plaintiff–Appellee.

Rafael Valdivia–Valdez, Tucson, AZ, pro se.

Before: T.G. NELSON, WARDLAW and TALLMAN, Circuit Judges.

MEMORANDUM \*\*

Rafael Valdivia–Valdez appeals his bench-trial conviction and sentence for illegal re-entry after deportation, in violation of 8 U.S.C. § 1326(a) and (b)(2).

Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), counsel for Valdivia–Valdez has filed a brief and a motion to withdraw as counsel of record, stating there are no grounds for relief. No pro se supplemental brief has been filed.

We have conducted an independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 83, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988). We affirm the conviction. We remand the sentence for further proceedings consistent with *United States v. Ameline,* 409 F.3d 1073, 1084–85 (9th Cir.2005) (en banc). *See United States v. Moreno–Hernandez,* 419 F.3d 906, 916 (9th Cir.2005).

Counsel's motion to withdraw as counsel on appeal is denied.

The conviction is **AFFIRMED** and the sentence is **REMANDED.**

---

\* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

\*\* This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.